# Court of Appeals
# of the State of Georgia

ATLANTA,____June 14, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16D0386. FRANCHESA AKINS v. MARK BUTLER, COMMISSIONER OF GEORGIA DEPARTMENT OF LABOR.**

Applicant Franchesa Akins has filed a motion to withdraw her discretionary application. The motion is hereby GRANTED, and the application is deemed WITHDRAWN.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____06/14/2016_____*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*